IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


TRACFONE WIRELESS, INC., etc.,

    Plaintiff,

v.                          CASE NO. 4:14cv685-RH/CAS

MOHAMED A. MOHAMED et al.,

    Defendants.

_____/

## DEFAULT JUDGMENT

    In this action the plaintiff TracFone Wireless, Inc., seeks damages and injunctive relief against the defendants Mohamed A. Mohamed and Vicki S. Brooks. TracFone alleges that the defendants do business under the names Phones for Less, Cells for You, Trading Unlimited, Shaved Ice Snow Cones, and SnowCone Shaved Ice. The defendants were duly served with process but failed to plead or otherwise defend. The clerk properly entered a default.

    The issue of remedy was addressed at a hearing on October 1, 2015. The defendants did not appear. The record and uncontested evidence establish that

TracFone is entitled to damages and an injunction as set out in this default judgment.

IT IS ORDERED:

1.  That the plaintiff TRACFONE WIRELESS, INC. recover from the defendants MOHAMED A. MOHAMED and VICKI S. BROOKS, jointly and severally, the amount of One Hundred Forty-Two Thousand, One Hundred Twenty-Five Dollars ($142,125.00).

2.  That the defendants MOHAMED A. MOHAMED and VICKI S. BROOKS not purchase or acquire in any other way (except for personal use), and not sell or distribute in any other way, any device using any TracFone brand or mark, including the spiracle logo, Clearway Wireless, Net10, Straight Talk, Simple Mobile, SafeLink, Page Plus, TelCel America, Total Wireless, and TracFone.  This injunction binds the defendants and their officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of this injunction by personal service or otherwise.

SO ORDERED on October 3, 2015.

s/Robert L. Hinkle<br>United States District Judge

Case No.  4:14cv685-RH/CAS